# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WILLIAM FLYNN AND BILLIE
FLYNN

NO. 2022 CW 0255

VERSUS

JOE THORNHILL, ANYTIME
FITNESS & MARKEL INSURANCE
COMPANY

**MARCH 16, 2022**

In Re:    Thornhill Brothers Fitness, LLC d/b/a Anytime Fitness
and Markel Insurance Company, applying for supervisory
writs, 18th Judicial District Court, Parish of West
Baton Rouge, No. 45828.

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT NOT CONSIDERED.** This writ application failed to
include a copy of the judgment, order or ruling complained of, a
copy of each pleading on which the ruling was founded, including
the petition(s), a copy of any opposition and attachments
thereto, a copy of pertinent court minutes, and a copy of the
notice of intent and return date order, in violation of Rule 4-
5(6), (8), (9), (10) and (11) of the Uniform Rules of Louisiana
Courts of Appeal, and a copy of the hearing transcript.

Supplementation of this writ application and/or an
application for rehearing will not be considered. Uniform Rules
of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
        FOR THE COURT